IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAYANNE REGMUND, et al.,
    Plaintiffs,

vs

TALISMAN ENERGY USA, INC.
    Defendant.

2:16cv711
Electronic Mail

## ORDER

AND NOW, this **30** day of September, 2016, after the plaintiffs, Rayanne Regmund, Gloria Jenssen, Michael Newberry and Carol Newberry, filed an action in the above-captioned case, and after a motion to transfer venue was submitted by the defendant, Talisman Energy USA, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiffs and the response to those objections filed by the plaintiffs, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 25), which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 filed by defendant, Talisman Energy USA Inc. (ECF No. 9), is granted and this action is transferred forthwith to the United States District Court for the Southern District of Texas, Houston Division.

*DS Cercone*
————————————————
David Stewart Cercone
United States District Judge

Cc: Honorable Robert C. Mitchell
Joseph N. Kravec, Jr., Esquire
W. Michael Hamilton, Esquire
William T. Payne, Esquire
Wyatt A. Lison, Esquire
Robert Theriot, Esquire

*(Via CM/ECF Electronic Mail)*